## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 139 MAL 2015
                                                     :

                Respondent           :

                                                     : Petition for Allowance of Appeal from the

                                                     : Order of the Superior Court

              v.                      :

ALEO SEH,                             :

                Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.